**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
SAVANNAH DIVISION**

| | |
|---|---|
| TOMONE FRAZIER, | |
| Plaintiff, | CIVIL ACTION NO.: 4:26-cv-34 |
| v. | |
| DILLON OLEAR, in his Individual Capacity; THE MAYOR AND ALDERMEN OF THE CITY OF SAVANNAH; and JOHN DOE OFFICERS 1–3, in their Individual Capacities, | |
| Defendants. | |

**O R D E R**

Before the Court is "Plaintiff's Notice of Voluntary Dismissal of Count IV Against Defendants the Mayor and Aldermen of the City of Savannah," signed and filed by counsel for Plaintiff, in which Plaintiff, citing Federal Rule of Civil Procedure 41(a)(1)(A)(i), states that he dismisses his sole cause of action in the Complaint against the Mayor and Aldermen of the City of Savannah (Count IV) without prejudice. (Doc. 12.) The Mayor and Aldermen of the City of Savannah have not filed an answer or a motion for summary judgment. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), a plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly, the Mayor and Aldermen of the City of Savannah are **DISMISSED WITHOUT PREJUDICE**. See Plains Growers, Inc. v. Ickes-Braun Glasshouses, Inc., 474 F.2d 250, 255 (5th Cir. 1973) ("[R]eading the rules governing dismissal by notice and dismissal by motion together, we conclude that it was intended by the rule-makers to permit dismissal against such of the

defendants as have not served an answer or motion for summary judgment . . . .").[1]  The Court **DIRECTS** the Clerk of Court to **TERMINATE AS MOOT** the pending Motion to Dismiss filed by the Mayor and Aldermen of the City of Savannah's, (doc. 6), and to **TERMINATE** the Mayor and Aldermen of the City of Savannah from this case and to **UPDATE** the docket accordingly. The case will proceed on the remaining claims (Counts I–III and Count V–VI), which were asserted against the remaining Defendants.  (See doc. 1-1.)

 **SO ORDERED**, this 24th day of March, 2026.

    R. STAN BAKER, CHIEF JUDGE
    UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF GEORGIA

---

[1]  In Bonner v. City of Prichard, 661 F.2d 1206, 1209 (11th Cir. 1981) (en banc), the Eleventh Circuit adopted as binding precedent all decisions of the former Fifth Circuit handed down prior to October 1, 1981.